UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BANK OF AMERICA and
BANK OF AMERICA MORTGAGE,

Plaintiffs,

v.

KEVIN E. BURNS, BARBARA R. BURNS
and RENEE A. DEFINA,

Defendants.

CIVIL NO. 01-1339 (DSD/JMM)

ORDER TO SHOW CAUSE

This above matter is before the Court by reason of the filing by certain Defendants of a Notice of Removal, and other pleadings. It does not appear that said Defendants filed "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action" as required by 28 U.S.C. § 1446(a), and it cannot be ascertained whether Defendants complied with other procedural requirements for removal (including whether they filed the Notice of Removal in a timely manner, as required by 28 U.S.C. § 1446(b)), nor can it be ascertained whether there is any substantive basis for federal jurisdiction over any of the claims in the action sought to be removed.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. On November 26, 2001 at 10:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, Defendants and their counsel shall show cause, if any there be, why the matter should not be remanded to State Court,

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

and why said Order of Remand should not "require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal" pursuant to 28 U.S.C. § 1447(c).

2. Defendants and their counsel shall cause a copy of this Order to be delivered to Plaintiffs and their counsel no later than October 15, 2001.

3. If Plaintiffs contend that the matter was improperly removed, and that the matter should be remanded, no later than October 29, 2001, they shall file and deliver to counsel for Defendants a Motion, Memorandum and Affidavits seeking such relief.

4. No later than November 15, 2001, Defendants and their counsel shall file and deliver to counsel for Plaintiffs a Memorandum and Affidavits substantiating that the action was properly removed, and that it should not be remanded.

5. Plaintiffs may file and deliver a Reply no later than November 22, 2001.

Dated: October 9, 2001

JOHN M. MASON
United States Magistrate Judge