# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bank of America and
Bank of America Mortgage,

Case No. Civil 01-1339 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Kevin E. Burns, Barbara R. Burns,
and Renee A. DeFina,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' notice of removal is dismissed without prejudice and plaintiff's motion for dismissal without prejudice is granted.

DATE: June 21, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

19